# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**EDWARD DANIEL,**
**Petitioner,**

vs.   Case Number: **09-2285**

**RICHARD BIRKEY,**
**Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** the petition under 28 U.S.C. §2254 for writ of habeas corpus is denied.  Case is terminated.

**Dated:**  May 19, 2011

                              s/ Pamela E. Robinson
                              Pamela E. Robinson
                              Clerk, U.S. District Court